AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Michael Basaman<br><br>Defendant(s) | )<br>)<br>) Case No. 8:23-mj-2018-JSS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 2023__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmission of a communication in interstate or foreign commerce containing a true threat of violence. |

This criminal complaint is based on these facts:
See attached affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

TFO Jerell Blenman, FBI
Printed name and title

Sworn to before me over the telephone or other reliable electronic means and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 8/16/2023

_____
Judge's signature

City and state: Tampa, Florida

HON. JULIE S. SNEED, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jerell Blenman, being duly sworn, declare and state as follows:

1. I have been employed as an officer with the Temple Terrace Police Department since December 1, 2008. On May 24, 2022, I became a Police Corporal Task Force Officer (TFO) assigned to the Federal Bureau of Investigation's Tampa Field Office. I have been a member of the Joint Terrorism Task Force since May 24, 2022. During my time as a law enforcement officer, I have investigated violations of numerous federal criminal statutes. As a TFO, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States. I am a "federal law enforcement officer" within the meaning of Rule 41(a)(2)(C) of the Federal Rules of Criminal Procedure. I am engaged in enforcing federal criminal laws and I am authorized by the Attorney General to request an arrest warrant, among other things, for violations of the laws of the United States including the following violations pertaining to this affidavit: Title 18 U.S.C. § 875(c) – interstate communication of a threat to injure the person of another.

2. I make this affidavit in support of an application for issuance of a criminal complaint and arrest warrant for **Michael Basaman (BASAMAN)** for violation of 18 U.S.C. § 875(c) – interstate communication of a threat to injure the person of another.

3. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, intelligence analysts, and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth

all of my knowledge about this matter. I submit only those facts believed to be relevant to the determination of probable cause, and this affidavit should not be construed as a complete statement of all the facts of this investigation. The dates, times, and amounts discussed herein are approximate. Moreover, where the content of records and the actions, statements, and conversations of others are described, they are described in sum and substance and in part, except where otherwise indicated.

## STATUTORY AUTHORITY

4.  Title 18 U.S.C. § 875(c) prohibits a person from knowingly transmitting in interstate or foreign commerce any communication containing a threat of violence to injure the person of another, with the intent to communicate a true threat and with recklessness as to whether the communication would be viewed as a true threat or violence.

## FACTS IN SUPPORT OF PROBABLE CAUSE

### Investigation Background

5.  In May of 2023, the FBI received information that **BASAMAN**, a Tampa, Florida resident, was intending to travel from the United States to Russia to join the Wagner Group[1]. A records check revealed that **BASAMAN** had previously been the subject of an FBI investigation regarding a threat to kill a United States

---

[1] The Wagner Group, officially known as PMC Wagner, is a Russian state-funded private military company led by Yevgeniy Prigozhin. The Wagner Group has been involved in combat operations around the world in support of Russian President Vladimir Putin's war on Ukraine. Prigozhin, commonly referred to as "Putin's chef," is a Russian businessman and close ally of President Putin.

2

Senator. A records check also revealed that **BASAMAN** has a history of mental health issues and has been confined multiple times for the purposes of receiving a mental health evaluation pursuant to the Florida Mental Health Act, more commonly known as the Baker Act. **BASAMAN** was held and evaluated pursuant to the Baker Act in 2017; on May 12, 2023, after yelling at travelers in the Tampa International Airport for several hours; on June 2, 2023, following an altercation with a store clerk; and on June 29, 2023.

6. On July 11, 2023, the Hillsborough County Sheriff's Office served **BASAMAN** with a Risk Protection Order prohibiting him from possessing any firearms. On August 2, 2023, **BASAMAN** was released from his Baker Act hold and shortly after started posting numerous and repeated violent themed online threats.

7. From May 2023 to July 2023, **BASAMAN** was interviewed numerous times by the FBI in Tampa, Florida. During the interviews, **BASAMAN** explained that he had intentions to travel from Tampa to Turkey and onwards to Moscow, Russia. **BASAMAN** explained that his role was to play peacemaker between the United States, Russia, Ukraine, and China. **BASAMAN** stated that he was not a member of the Wagner Group but would be amenable to any direction or instruction that the Wagner Group would provide him. **BASAMAN** claimed he was a member of multiple radical groups including Al Qaeda and Islamic State of Iraq and Syria (ISIS).

8. On August 9, 2023, the FBI in Tampa received information that multiple threats to life had been posted on X Corp. (formally known as Twitter). X Corp. is an instant messaging/social media internet platform headquartered in San Francisco. The user who posted the threats used the display name "Xinhua Subscriber @XSubscriber."

9. On July 27, 2022, FBI submitted an Emergency Disclosure Request (EDR) to X Corp. for display name Xinhua Subscriber's subscriber information. X Corp. provided the following information link to that account:

```
User ID: 1548722666835943426
Username: Xinhua subscriber
Email: Xinhuasubscriber@swismail.com
Email verified: Yes
Phone number: +1-XXX-XXX-8647
Registration IP: 103.107.198.243
```

10. According to X Corp.'s disclosure the username "Xinhua subscriber" was registered using the phone number XXX-XXX-8647. Through investigative means the FBI discovered that this phone number was a Google Voice Over Internet Protocol (Google VOIP)[2] phone number. The FBI then submitted an EDR to Google LLC for subscriber information associated with the Google VOIP phone number. According to Google LLC's disclosure, the Google VOIP phone number account was registered with a recovery phone number of XXX-XXX-5886. Through investigative means the FBI discovered that the recovery phone number was registered to

---

[2] Google VoIP is an internet phone service that can be used to make and receive phone calls as well as send text messages.

4

**BASAMAN**. In addition, on or about May 5, 2023, during an interview with the FBI, **BASAMAN** stated that his personal phone number was the recovery phone number ending in 5886. All of the threats discussed below were posted using **BASAMAN**'s X Corp. account.

Threats to U.S. Bank C.E.O.

11. On May 31, 2023, **BASAMAN** posted the following message targeting the Chief Executive Officer of a United States Bank (the "Victim CEO"):

> Last chance [Victim CEO] I am going to decapitate your children 73 million US dollars[3]

12. On June 28, 2023, **BASAMAN** posted the following message:

> I kill people all the time [Victim CEO]… I'll k-ll your children for that 8 million dollars…

13. On August 8, 2023, **BASAMAN** posted a picture of himself dressed in large black hooded sweatshirt pointing an object toward the camera. His hand and any object in his hand is out of the camera frame. The picture caption reads:

> I would pull the trigger on the daughter of a corporate executive without a second thought and I will @business

14. On August 9, 2023, **BASAMAN** posted a message stating that the Victim CEO needed to organize a payment to his account. In the post **BASAMAN** identifies himself as "Michael Basaman" and states that he is more dangerous than Osama Bin Laden.

---

[3] Open-source research confirms that Victim CEO does, in fact, have multiple daughters.

### Threats to Church

15. On August 9, 2023, **BASAMAN** posted the following messages:

"maybe I can get a grenade from a <reggin>[4] there's a church right here"

and

"see if I can get an AR-15 I guess quietly inside a Catholic church"

### Threats to a U.S. News Company

16. On August 9, 2023, **BASAMAN** posted the following message targeting a popular U.S. new company (the "Victim U.S. News Company")::

> I am not joking [Victim U.S. News Company] get started on processing the ACH[5] transfer write mbasaman@gmail.com with TLS[6] secured email for payment instructions I will <redrum>[7] the children of your employees posthumously if you don't do it 8.9 million dollar fine end of the world

17. On August 9, 2023, **BASAMAN** posted the following message:

> I carried a really dangerous knife through a TSA checkpoint just recently [U.S. News Company] they didn't bother me

### Threat to Tampa Police Department

18. On August 9, 2023, **BASAMAN** posted the following message:

> I hope the Tampa police department understands that my children, including infants, have missed many days of eating and treatment by doctors for life-saving conditions as a result of their policies && I will avenge that suffering upon their children in collaboration with Al Qaeda

---

[4] This is a racial slur spelled backwards.
[5] Automated Clearing House (ACH) is a computer-based electronic funding transfers made between banks and credit unions.
[6] Transport Layer Security (TLS) is a security protocol that encrypts email for privacy. TLS prevents unauthorized access of your email when it's in transit over internet connections.
[7] This is the word "murder" spelled backwards.

6

## CONCLUSION

19. Based on the above, there is probable cause to believe that **BASAMAN** knowingly sent a message in interstate or foreign commerce containing a true threat to injure the person of another and sent the message with the intent to communicate a true threat of violence with recklessness as to whether the communication would be viewed as a true threat or violence, in violation of 18 U.S.C. § 875(c).

Respectfully submitted,

_____
Jerell Blenman
Task Force Officer
Federal Bureau of Investigation

Affidavit submitted by reliable electronic means and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 this 16, day of August 2023.

_____
JULIE S. SNEED
United States Magistrate Judge

7